ACCEPTED
15-25-00140-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/10/2025 9:15 AM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/10/2025 9:15:23 AM
CHRISTOPHER A. PRINE
Clerk



September 10, 2025

**<u>Via Electronic Filing</u>**
Mr. Christopher A. Prine
Clerk of the Court
FIFTEENTH COURT OF APPEALS
300 W. 15th Street, Suite 607
Austin, Texas 78701

      Re:    Case No. 15-25-00140-CV; In re Powered By People and
              Robert Francis O'Rourke, Relators

              Trial Court Cause No. 348-367652-2025

Dear Mr. Prine:

I represent Relators, Powered By People and Robert Francis O'Rourke, in the above referenced mandamus proceeding. Relators filed their Mandamus Petition and Motion for Emergency Relief on August 25, 2025 which are pending review by the Court. The Court set a deadline of September 9, 2025 for the State of Texas, real party-in-interest, to file a response to the motion and mandamus petition, which they did. Relators filed a short reply in support of their Motion for Emergency Relief this morning.

Relators would also like the opportunity to file a complete reply in support of their mandamus petition before the Court makes that decision. Relators counsel anticipates filing their reply in support of the mandamus petition by September 16, 2025 (seven days from the State's response deadline). Relators respectfully ask that the Court not rule on the mandamus petition before that time.

Should you have any questions, please contact me at (210) 343-5604. I appreciate your assistance in this matter.

Respectfully,

*/s/ Mimi Marziani*

Mimi Marziani

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing pleading was served on the following as set forth below, on September 10, 2025.


**Via e-service:** Rob.Farquharson@oag.texas.gov
Rob Farquharson
Deputy Chief
Consumer Protection Division
Office of the Attorney General

**Via e-service:** Johnathan.Stone@oag.texas.gov
Johnathan Stone
Chief
Consumer Protection Division
Office of the Attorney General

*/s/ Mimi Marziani*
Mimi Marziani

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joaquin Gonzalez on behalf of Joaquin Gonzalez
Bar No. 24109935
jgonzalez@msgpllc.com
Envelope ID: 105425133
Filing Code Description: Letter
Filing Description: Letter to Clerk
Status as of 9/10/2025 9:23 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sean McCaffity | 24013122 | smccaffity@textrial.com | 9/10/2025 9:15:23 AM | SENT |
| Robert Farquharson | 24100550 | rob.farquharson@oag.texas.gov | 9/10/2025 9:15:23 AM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 9/10/2025 9:15:23 AM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 9/10/2025 9:15:23 AM | SENT |
| Mimi Marziani | | mmarziani@msgpllc.com | 9/10/2025 9:15:23 AM | SENT |
| Joaquin Gonzalez | | jgonzalez@msgpllc.com | 9/10/2025 9:15:23 AM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 9/10/2025 9:15:23 AM | SENT |
| Rebecca Stevens | | bstevens@msgpllc.com | 9/10/2025 9:15:23 AM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 9/10/2025 9:15:23 AM | SENT |
| Brian Falligant` | | bfalligant@inquestresources.com | 9/10/2025 9:15:23 AM | SENT |
| William Peterson | | william.peterson@oag.texas.gov | 9/10/2025 9:15:23 AM | SENT |
| Rebecca Neumann | | rneumann@textrial.com | 9/10/2025 9:15:23 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Cole | 24124187 | William.Cole@oag.texas.gov | 9/10/2025 9:15:23 AM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 9/10/2025 9:15:23 AM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 9/10/2025 9:15:23 AM | SENT |
| William Peterson | | William.Peterson@oag.texas.gov | 9/10/2025 9:15:23 AM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 9/10/2025 9:15:23 AM | SENT |